U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
ALLEN LONG,  
    Plaintiff,  
v.  
CITY OF CHICAGO, ILLINOIS, et al.  
    Defendants.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALLEN LONG

FILED  
MARCH 28, 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

**08 C 1816**

JUDGE HOLDERMAN  
MAGISTRATE JUDGE ASHMAN

| Field | Value |
|---|---|
| NAME (Type or print) | Jeffrey B. Granich |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Jeffrey B. Granich |
| FIRM | Law Office of Jeffrey B. Granich |
| STREET ADDRESS | 53 West Jackson Blvd., Suite 840 |
| CITY/STATE/ZIP | Chicago, IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6207030 |
| TELEPHONE NUMBER | 312-939-9009 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐