AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

ALLEN LONG,

           Plaintiff,

    V.

CITY OF CHICAGO, ILLINOIS, CHICAGO POLICE OFFICERS
J. D. CARTER, Star No. 5732, M. COLON, JR., Star No. 8941,
ILLINOIS STATE POLICE OFFICERS CAMACHO, No. 3341, GUTIERREZ,
No. 4656, TORRES, No. 9670, and GRAHAM, No. 4494, and
THE STATE OF ILLINOIS,

           Defendants.

CASE NUMBER: **08 C 1816**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

CHICAGO POLICE OFFICER J.D. CARTER, Star o. 5732
Police Headquarters
3510 South Michigan, 5th Floor
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY B. GRANICH
53 West Jackson Boulevard
Suite 840
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

March 31, 2008
--------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 4-2-08 |
| NAME OF SERVER (PRINT) AARON Willoughby | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: V Caffo Authorized to Accept Service For J.D. Carter # 5732 OFFICER

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-2-08            *Aaron Willoughby*
            Date                Signature of Server

3152 South Prairie Ave
Chicago IL 60616
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.