IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN LONG, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 1816 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| CITY OF CHICGAO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS ISP, CAMACHO, GRAHAM, GUTIERREZ, TORRES' MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants Illinois State Police ("ISP"), Camacho, Graham, Gutierrez, and Torres, by their attorney, Lisa Madigan, Attorney General of Illinois, move this Honorable Court for an extension of time to answer or otherwise plead to the Complaint. In support of this motion, Defendants state:

1. The Complaint in this matter was received by the Attorney General's Office on or about April 30, 2008. Upon information and belief, an answer or other pleading was due from Defendant Gutierrez on April 23, 2008. An answer or other pleading is due from Defendants ISP, Camacho, Graham, and Torres on May 5, 2008. To date, there is no pending status hearing.

2. Defense counsel requires additional time to fairly and completely investigate the allegations of the Complaint (consisting of 46 paragraphs in 9 pages), communicate with the defendants and prepare an appropriate response.

3. Defense counsel contacted counsel for the plaintiff on April 30, 2008 to ask whether there was an objection tot he motion. At the time of filing this motion, plaintiff's counsel has not responded.

4.      No party will suffer any prejudice by the granting of the motion, and the motion is not interposed for delay.

WHEREFORE, Defendants request that the motion be granted, and that they have until May 29, 2008 to answer or otherwise plead to the Complaint.

|  |  |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | Respectfully submitted,<br><br>*/s/ Shirley R. Calloway*<br>SHIRLEY R. CALLOWAY<br>Assistant Attorney General<br>General Law Bureau<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois  60601<br>(312) 814-5581 |