IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN LONG, | ) | |
| | ) | No. 08 CV 1816 |
| Plaintiff, | ) | |
| | ) | Judge Holderman |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Jeffrey B. Granich, Law Offices of Jeffrey B. Granich, 53 W. Jackson Blvd., Chicago, IL 60604

**PLEASE TAKE NOTICE** that on Tuesday, May 6, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable James Holderman, or whomever may be sitting in his stead, Room 2541 in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

                                    Respectfully submitted,

LISA MADIGAN                        /s/ *Shirley R. Calloway*
Attorney General of Illinois        Shirley R. Calloway
                                    Assistant Attorney General
                                    Office of the Attorney General
                                    100 West Randolph Street, 13th Floor
                                    Chicago, Illinois  60601
                                    (312) 814- 5581

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system, which will send the Notice of Electronic Filing to the following:   Jeffrey B. Granich.

Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

| | |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | /s/ *Shirley R. Calloway*<br>Shirley R. Calloway<br>Assistant Attorney General<br>Office of the Attorney General<br>100 W. Randolph St., 13th Floor<br>Chicago, Illinois  60601<br>(312) 814-5581<br>Attorney No. 6222055 |