IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN LONG, | ) | |
| | ) | No. 08 C 1816 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Holderman |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| CHICAGO POLICE OFFICERS | ) | Magistrate Judge Ashman |
| J.D. CARTER, Star No. 5732, | ) | |
| M. COLON, JR., Star No. 8941, | ) | |
| ILLINOIS STATE POLICE OFFICERS | ) | |
| CAMACHO, No. 3341, GUTIERREZ, | ) | |
| No. 4656, TORRES, No. 9670, and | ) | |
| GRAHAM, No. 4494, and THE STATE | ) | |
| OF ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, CITY OF CHICAGO'S, MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
TO PLAINTIFF'S COMPLAINT**

Defendant, City of Chicago ("City"), by its attorney Mara S. Georges, Corporation Counsel for the City, and with the agreement of Plaintiff's counsel, moves this Court for an extension of time until June 5, 2008, to answer or otherwise plead to Plaintiff's Complaint, and in support of this motion states:

1.   Defendant's Answer or other responsive pleading was due April 22, 2008.

2.   On May 5, 2008, the undersigned was assigned to this case and filed her appearance on behalf of the City.

3.   Defendant City's counsel requests additional time to conduct investigation and review materials pertinent to the allegations in this case so that it may properly answer or otherwise plead.

4.	This motion is Defendant City's first request for an extension of time to answer or otherwise plead. Upon information and belief, such a request will not prejudice any party nor unduly delay the resolution of the disputed issues.

5.	Defendant City sought Plaintiff's agreement to the extension of time, which Plaintiff's counsel has granted.

**WHEREFORE,** Defendant, City of Chicago, respectfully asks this Court for an extension of time until June 5, 2008, to file its Answer or to otherwise plead to Plaintiff's Complaint.

        Respectfully submitted,

        MARA S. GEORGES
        CORPORATION COUNSEL

BY:   /s/ Meghan K. Kennedy
        Assistant Corporation Counsel

30 North LaSalle Street - Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230