IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN LONG, | ) | |
| | ) | No. 08 C 1816 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Judge Holderman |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| CHICAGO POLICE OFFICERS | ) | Magistrate Judge Ashman |
| J.D. CARTER, Star No. 5732, | ) | |
| M. COLON, JR., Star No. 8941, | ) | |
| ILLINOIS STATE POLICE OFFICERS | ) | |
| CAMACHO, No. 3341, GUTIERREZ, | ) | |
| No. 4656, TORRES, No. 9670, and | ) | |
| GRAHAM, No. 4494, and THE STATE | ) | |
| OF ILLINOIS, | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:   Jeffrey B. Granich                           Shirley Ruth Calloway
      Law Offices of Jeffrey B. Granich            Illinois Attorney General's Office
      53 West Jackson Boulevard, Suite 840         100 West Randolph Street, 13th Floor
      Chicago, Illinois  60604                     Chicago, Illinois 60601

   **PLEASE TAKE NOTICE** that on May 5, 2008, Defendant, City of Chicago, filed its **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.
   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Holderman, or before such other judge sitting in his place, on the 8th day of May, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.
   I hereby certify that I have served this notice and the attached document by electronic means to the person(s) named above at the address(es) shown this 31st day of March, 2008.

30 North LaSalle Street                         /s/ Meghan K. Kennedy
Suite 1020                                      Assistant Corporation Counsel
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230