**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | Case Number: 08 C 1816 |

Long
  v.
CITY OF CHICAGO, ET. AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Defendant

| |
|---|
| NAME (Type or print)<br>Kathleen D. Manion |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>*s/Kathleen D. Manion* |
| FIRM City of Chicago, Department of Law |
| STREET ADDRESS 30 North LaSalle Street, Suit 1020 |
| CITY/STATE/ZIP Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6286785 | TELEPHONE NUMBER<br>(312) 742-9866 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |