**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Allen Long

                             Plaintiff,

v.                                                                    Case No.: 1:08−cv−01816
                                                                     Honorable James F. Holderman

City of Chicago, Illinois, et al.

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Defendants Illinois State Police, Camacho, Gutierrez, Torres, Graham's motion for extension of time [15] and Defendant City of Chicago, Illinois' motion for extension of time to file answer [18] are granted. All defendants are given until 6/5/2008 to answer or otherwise plead to the complaint. Status hearing set for 6/12/2008 at 9:00 AM; counsel for all the parties shall appear at the status hearing. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.