UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN LONG; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1816 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| CHICAGO POLICE OFFICERS | ) | Judge Holderman |
| J.D. CARTER, Star No. 5732, | ) | |
| M. COLON, JR., Star No. 8941 and | ) | Magistrate Judge Ashman |
| ILLINOIS STATE POLICE OFFICERS | ) | |
| CAMACHO, No. 3341, GUTIERREZ, | ) | Jury Demand |
| No. 4656, TORRES, No. 9670, and | ) | |
| GRAHAM , No. 4494, and | ) | |
| THE STATE OF ILLINOIS, | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Jeffrey Granich
    53 W. Jackson Blvd., Suite 840
    Chicago, IL 60607

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States district Court for the Northern District of Illinois, Eastern Division, an **DEFENDANT OFFICER COLON'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Holderman, or before such other Judge sitting in his place or stead, on **May 27, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2541** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois May 20, 2008

                                    Respectfully submitted,

                                    /s/ Mary McCahill
                                    MARY MCCAHILL
                                    Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-6404
ATTORNEY NO. 06277989

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copies of the above and foregoing **NOTICE OF MOTION and** an **DEFENDANT OFFICER COLON'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD** will be electronically sent to the person named in the foregoing Notice, at the address therein stated, on May 20, 2008.

Jeffrey Granich<br>
53 W. Jackson Blvd., Suite 840<br>
Chicago, IL 60607

      /s/ Mary McCahill
      MARY MCCAHILL