**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALLEN LONG; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1816 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| CHICAGO POLICE OFFICERS | ) | Judge Holderman |
| J.D. CARTER, Star No. 5732, | ) | |
| M. COLON, JR., Star No. 8941 and | ) | Magistrate Judge Ashman |
| ILLINOIS STATE POLICE OFFICERS | ) | |
| CAMACHO, No. 3341, GUTIERREZ, | ) | Jury Demand |
| No. 4656, TORRES, No. 9670, and | ) | |
| GRAHAM , No. 4494, and | ) | |
| THE STATE OF ILLINOIS, | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that Defendant Officer James Carter should be dismissed from this action with prejudice.

_____
Jeffrey Granich
53 W. Jackson Blvd., Suite 840
Chicago, IL 60607
(312) 939-9009
Attorney No. 29445
DATE: 5-20-08

_____
Mary McCahill
Assistant Corporation Counsel
Attorney for defendant Manuel Colon
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-6404
Attorney No. 06277989
DATE: 5/28/08

RECEIVED 2008 MAY 27 PM 2:23 UNI DEFENSE LITIGATION BY