## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Allen Long

                                Plaintiff,

v.                                              Case No.: 1:08–cv–01816
                                                        Honorable James F. Holderman

City of Chicago, Illinois, et al.

                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant M Colon, Jr.'s motion for extension of time to file answer regarding complaint [23] is granted; defendant is given until 7/3/2008 to answer or otherwise plead to the complaint. Status hearing date of 6/12/2008 is reset for 7/8/2008 at 9:00 AM. By stipulation of the parties, the defendant Officer James Carter is dismissed with prejudice. J.D. Carter terminated. Mailed notice (am)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.