# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:   08 C 1816 |
| *Allen Long v. City of Chicago, et al.* | |
| | Judge Holderman |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant: State of Illinois

| |
|---|
| NAME (Type or print) |
| SHIRLEY R. CALLOWAY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Shirley R. Calloway |
| FIRM |
| Office of the Illinois Attorney General |
| OFFICE ADDRESS |
| 100 W. Randolph, 13th Floor |
| CITY/STATE/ZIP |
| Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6222055 | (312) 814-5581 |

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | ✓ | NO | __ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | __ | NO | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | ✓ | NO | __ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | ✓ | NO | __ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL   __        APPOINTED COUNSEL   __