IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN LONG, | ) | |
| | ) | No. 08 CV 1816 |
| Plaintiff, | ) | |
| | ) | Judge Holderman |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

Jeffrey B. Granich, Law Offices of Jeffrey B. Granich, 53 W. Jackson Blvd., Chicago, IL 60604
Kathleen D. Manion, Asst. Corporation Counsel, 30 North LaSalle St. Suite 1000, Chicago, IL 60602
Meghan Kennedy, Asst. Corporation Counsel, 30 North LaSalle St. Suite 1020, Chicago, IL 60602
Mary E.McCahill, Asst. Corporation Counsel, 30 North LaSalle St. Suite 1400, Chicago, IL 60602

      I hereby certify that on June 5, 2008, I electronically filed the foregoing **CAMACHO, GRAHAM, GUTIERREZ, AND TORRES' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

                                          Respectfully submitted,

LISA MADIGAN                                    *s/ Shirley R. Calloway*
Attorney General of Illinois                  Shirley R. Calloway
                                                      Assistant Attorney General
                                                      Office of the Attorney General
                                                      General Law Bureau
                                                      100 West Randolph Street, 13th Floor
                                                      Chicago, Illinois 60601
                                                      (312) 814- 5581

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I electronically filed the foregoing **DAMASKI and DUMAS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system.  Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

                                                                                        *s/ Shirley R. Calloway*