**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALLEN LONG, | ) | |
| | ) | No. 08 C 1816 |
| Plaintiff, | ) | |
| | ) | Hon. James F. Holderman |
| v. | ) | Judge Presiding |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO DISMISS

The defendants, State of Illinois and Illinois State Police ("ISP"), by and through the attorney, LISA MADIGAN, Illinois Attorney General, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this Honorable Court to dismiss Count VI of the complaint for failure to state a claim upon which relief can be granted. In further support thereof, the defendants state as follows:

1. The State of Illinois is immune from suit.

2. Plaintiff may not bring a claim for indemnification against the state of Illinois or its agencies.

3. Defendants have filed a supplemental supporting memorandum of law.

WHEREFORE, STATE OF ILLINOIS and ILLINOIS STATE POLICE respectfully request that this Honorable Court dismiss them from the complaint with prejudice.

Respectfully submitted by:

LISA MADIGAN
Illinois Attorney General

/s/ *Shirley R. Calloway*
Shirley R. Calloway
Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-5581
ARDC No. 6222055