## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ALLEN LONG, ) | |
| ) | No. 08 CV 1816 |
| Plaintiff, ) | |
| ) | Judge Holderman |
| v. ) | |
| ) | |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Jeffrey B. Granich, Law Offices of Jeffrey B. Granich, 53 W. Jackson Blvd., Chicago, IL 60604
Kathleen D. Manion, Asst. Corporation Counsel, 30 North LaSalle St. Suite 1000, Chicago, IL 60602
Meghan Kennedy, Asst. Corporation Counsel, 30 North LaSalle St. Suite 1020, Chicago, IL 60602
Mary E.McCahill, Asst. Corporation Counsel, 30 North LaSalle St. Suite 1400, Chicago, IL 60602

**PLEASE TAKE NOTICE** that on Tuesday, June 17, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable James Holderman, or whomever may be sitting in his stead, Room 2541 in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **MOTION TO DISMISS.**

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

/s/ *Shirley R. Calloway*
Shirley R. Calloway
Assistant Attorney General
Office of the Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois  60601
(312) 814- 5581

### CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of the United States District Court for the Northern District of Illinois, by using the CM/ECF system. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

| | |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | /s/ *Shirley R. Calloway*<br>Shirley R. Calloway<br>Assistant Attorney General<br>Office of the Attorney General<br>100 W. Randolph St., 13th Floor<br>Chicago, Illinois  60601<br>(312) 814-5581<br>Attorney No. 6222055 |