UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN LONG; | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | No. 08 C 1816 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| CHICAGO POLICE OFFICERS | ) | Judge Holderman |
| J.D. CARTER, Star No. 5732, | ) | |
| M. COLON, JR., Star No. 8941 and | ) | Magistrate Judge Ashman |
| ILLINOIS STATE POLICE OFFICERS | ) | |
| CAMACHO, No. 3341, GUTIERREZ, | ) | Jury Demand |
| No. 4656, TORRES, No. 9670, and | ) | |
| GRAHAM , No. 4494, and | ) | |
| THE STATE OF ILLINOIS, | ) | |
|     Defendants. | ) | |

**NOTICE OF MOTION**

To:    Jeffrey Granich
       53 W. Jackson Blvd., Suite 840
       Chicago, IL 60607

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States district Court for the Northern District of Illinois, Eastern Division, an **DEFENDANT OFFICER COLON'S MOTION TO DISMISS**.

    PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Holderman, or before such other Judge sitting in his place or stead, on **July 10, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2541** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

    **DATED** at Chicago, Illinois July 3, 2008

                                                              Respectfully submitted,

                                                              /s/ Mary McCahill
                                                             MARY MCCAHILL
                                                             Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS 60602
(312) 742-6404
ATTORNEY NO. 06277989

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copies of the above and foregoing **NOTICE OF MOTION and** an **DEFENDANT OFFICER COLON'S MOTION TO DISMISS** will be electronically sent to the person named in the foregoing Notice, at the address therein stated, on July 3, 2008.

Jeffrey Granich
53 W. Jackson Blvd., Suite 840
Chicago, IL 60607

/s/ Mary McCahill
MARY MCCAHILL
