UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN LONG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1816 |
| | ) | |
| vs. | ) | |
| | ) | JUDGE HOLDERMAN |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| CHICAGO POLICE OFFICER | ) | |
| M. COLON, JR., Star No. 8941, and | ) | |
| ILLINOIS STATE POLICE OFFICERS | ) | |
| CAMACHO, No. 3341, GUTIERREZ, | ) | |
| No. 4656, TORRES, No. 9670, and | ) | |
| GRAHAM, No. 4494, | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Plaintiff Allen Long, by and through his attorney Jeffrey B. Granich, Defendant Chicago Police Officer M. Colon, Jr., by his attorney Mary McCahill, Assistant Corporation Counsel for the City of Chicago, Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, pursuant to this Court's case management procedures, jointly submit the following initial status report:

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on July 3, 2008, via telephone, and was attended by Katie Ehrmin for plaintiff, Mary McCahill for Defendant Chicago Police Officer M. Colon, Jr., and Meghan Kennedy for Defendant City of Chicago.

2. <u>Pre-Discovery Disclosures.</u> The parties will exchange by July 30, 2008 the information required by Fed.R.Civ.P. 26(a)(1).

3. <u>Discovery Plan</u>. The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

   (1) Whether the Defendant Officers subjected plaintiff to a false arrest, unlawful search, malicious prosecution, acted in conspiracy, and intentional infliction of emotional distress;

   (2) Whether the Defendant Officers acted maliciously, wantonly, or oppressively in allegedly violating plaintiff's rights;

   (3) Whether Defendant City has a policy or widespread practice of failing to adequately train, supervise, control and discipline officers;

   (4) Whether plaintiff was damaged by the alleged actions of the Defendant Officers and the alleged policies or practices of the City; and

   (5) Whether the Defendant Officers were acting within the scope of their employment at the time of their alleged encounters with plaintiff.

      b.      All discovery commenced in time to be completed by January 30, 2009.

      c.      The parties anticipate that a minimum of fifteen depositions will be taken amongst the parties in this matter.

      d.      Plaintiff will have until November 14, 2008 to disclose their expert witnesses.

      e.      Defendants will have until December 30, 2008 to depose Plaintiff's expert witnesses.

      f.      Defendants will have until January 15, 2009 to disclose their rebuttal expert witnesses.

      g.      Plaintiff will have until February 13, 2009 to depose Defendants' expert witnesses.

4.    <u>Settlement</u>

The parties have not discussed the possibility of settlement of this matter at this time.

Date:  July 7, 2008

Respectfully Submitted,

/s/  Jeffrey B. Granich                           /s/  Mary McCahill

Jeffrey B. Granich                                City of Chicago
Law Offices of Jeffrey B. Granich                 30 N. LaSalle St., Ste. 1400
53 W. Jackson, Ste. 840                           Chicago, Illinois 60602
Chicago, Illinois 60604
(312) 939-9009


/s/  Meghan Kennedy
City of Chicago
30 N. LaSalle St.,
Chicago, Illinois 60604