# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Allen Long

                        Plaintiff,

v.                                                Case No.: 1:08−cv−01816
                                                    Honorable James F. Holderman

City of Chicago, Illinois, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held on 7/8/2008. Defendants State of Illinois and the Illinois State Police's motion to dismiss [31] is granted. Illinois State Police and The State of Illinois terminated. On defendant M. Colon's motion to dismiss [36], response due by 7/29/2008; reply due by 8/5/2008. The Court to rule electronically and will set further dates at the time of ruling. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.