IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLEN LONG, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF CHICAGO, ILLINOIS, CHICAGO ) <br> POLICE OFFICER J.D. CARTER, Star No. 5732, ) <br> M. COLON, JR., Star No. 8941, ILLINOIS STATE ) <br> POLICE OFFICERS CAMACHO, No. 3341, ) <br> GUTIERREZ, No. 4656, TORRES, No. 9670, and ) <br> GRAHAM, No. 4494, and THE STATE OF ) <br> ILLINOIS, ) <br> ) <br> ) <br> Defendants. ) | No. 08 C 1816 <br><br> Chief Judge Holderman <br><br> Magistrate Ashman |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees.

| | |
|---|---|
| __/s/ Jeffrey Granich_____ <br> Jeffery Granich <br> Attorney for plaintiff Allen Long <br> 53 West Jackson Blvd, Suite 840 <br> Chicago, Illinois 60604 <br> (312) 939-9009 <br> Attorney No. 6207030 <br> DATE: July 21, 2010 | Respectfully submitted, <br><br> /s/ Mary McCahill_____ <br> Mary McCahill <br> Assistant Corporation Counsel <br> Attorney for defendant Manuel Colon <br> 30 North LaSalle Street, Suite 900 <br> Chicago, Illinois 60602 <br> (312) 742-6404 <br> Attorney No. 06277989 <br> DATE: July 20, 2010 |
| MARA S. GEORGES <br> Corporation Counsel <br> Attorney for City of Chicago <br><br> BY:/s/ Kathleen D. Crawford_____ <br> Kathleen D. Crawford <br> Assistant Corporation Counsel <br> 30 North LaSalle Street, Suite 900 <br> Chicago, Illinois 60602 <br> (312) 744-0747 <br> Attorney No. 06286785 <br> DATE: July 20, 2010 | __/s/ Shirley Calloway_____ <br> Shirley Calloway <br> Attorney for State of Illinois and defendants <br> Camacho, Gutierrez, Torres, Graham <br> Illinois Attorney General's Office <br> 100 West Randolph Street, 13th Floor <br> Chicago, Illinois 60601 <br> (312) 814-5581 <br> Attorney No. 06222055 <br> DATE: July 20, 2010 |